FILED
January 20, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. 2:11-MJ-00017-DAD
            Plaintiff,    )
v.                        )   ORDER FOR RELEASE OF
                          )   PERSON IN CUSTODY
GERARDO ALMEIDA, JR.,     )
                          )
            Defendant.    )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release GERARDO ALMEIDA, JR, Case No. 2:11-MJ-00017-DAD, Charge 18 USC § 2252(a)(2), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $50,000

  ✔ Unsecured Appearance Bond

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

  ✔ (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 20, 2011 at 2:44 pm.

By _____
Dale A. Drozd
United States Magistrate Judge